# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

AMERICAN GENERAL LIFE
INSURANCE COMPANY,

    Plaintiff,

v.                                           Case No: 5:16-cv-459-Oc-30PRL

JENNIFER L. ANDERSON and
MEGAN A. ANDERSON,

    Defendant.
_____/

## FINAL DEFAULT JUDGMENT

THIS CAUSE comes before the Court upon Plaintiff American General Life Insurance Company's Motion for Entry of Final Default Judgment Against Defendants (Doc. 15). The Court, having reviewed the motion, and being otherwise fully advised in the premises, concludes that Plaintiff's motion should be granted.

## BACKGROUND

Plaintiff filed a complaint seeking declaratory relief under 28 U.S.C. § 2201 on April 20, 2016. (Doc. 1). Specifically, Plaintiff seeks a declaration that a life insurance policy issued to Joel D. Anderson (the "Insured")—policy number YMD7374559—is void or unenforceable as a result of misrepresentations, omissions, concealment of facts, and incorrect statements made in the application for insurance and negotiations for the policy.

In November 2014, the Insured began the process of applying for a life insurance policy from Plaintiff for a $500,000 benefit in the event of his death. The policy was issued on January 5, 2015. Defendants are the named beneficiaries of the policy.

In late 2015, Plaintiff received a claim from Defendants that the Insured died on September 28, 2015. Plaintiff then discovered that the Insured made misrepresentations on the insurance application, including responding in the negative to questions regarding whether the Insured was (1) diagnosed or treated for certain conditions, (2) took medications or received treatment or therapy, (3) hospitalized or treated by a health care provider in the last ten years, or (4) diagnosed with any other condition not previously disclosed. Plaintiff discovered the misrepresentations through medical records dated September 24, 2014. Plaintiff asserts that had the true facts been known to Plaintiff, it would not have issued the policy to the Insured.

Defendants were served with Plaintiff's complaint on April 26, 2016. (Docs. 9, 10). Defendants failed to answer or otherwise respond to Plaintiff's complaint by May 24, 2016, and a clerk's default was entered against them on May 25, 2016. (Docs. 13, 14).

## **DISCUSSION**

In failing to answer or otherwise respond to Plaintiff's complaint, Defendants admit the well-pleaded allegations in the complaint and those allegations are accepted as true. *See Tyco Fire & Sec.*, LLC v. Alcocer, 218 Fed. App'x 860, 863 (11th Cir. 2007). Upon review of the complaint, the Court is satisfied that the factual allegations of Plaintiff's complaint are well-pleaded and state a basis for declaratory relief. Thus, under Federal Rule of Civil Procedure 55(b), the Court agrees that Plaintiff is entitled to default judgment.

Accordingly, it is therefore **ORDERED AND ADJUDGED:**

1. Plaintiff American General Life Insurance Company's Motion for Entry of Final Default Judgment Against Defendants (Doc. 15) is GRANTED.

2. Policy number YMD7374559 issued by Plaintiff is null and void from inception, and Plaintiff has no obligations under the policy.

3. The Clerk is directed to enter final judgment in favor of Plaintiff American General Life Insurance Company and against Defendants Jennifer L. Anderson and Megan A. Anderson, and the final judgment shall declare that policy number YMD7374559 issued by American General Life Insurance Company is null and void from inception, and American General Life Insurance Company has no obligations under the policy.

4. The Clerk is directed to deny any pending motions as moot and close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 21st day of July, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record